CLOSED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FARASH & ROBBINS, INC., Plaintiff, v. FLEET NATIONAL BANK, AS SUCCESSOR OF SUMMIT BANK, Defendant. | HONORABLE DENNIS M. CAVANAUGH<br>CIVIL ACTION NO: 03-CV-361 |
| FLEET CAPITAL CORPORATION, Counterclaim and Third-party Plaintiff, v. FARASH & ROBBINS, INC. Counterclaim-defendant, and ISIDOR FARASH, Third-party Defendant. | **JUDGMENT** |

This matter having been tried before the Court on December 12, 13, 18-20, 2006 and January 3, 4 and 8-11, 2007; and the Court having heard and considered the testimony, evidence, and arguments of counsel; and for the reasons stated in the Court's Opinion, dated June 11, 2007, it is hereby

**ORDERED, ADJUDGED AND DECREED** that final judgment is hereby entered in favor of Defendant-Counterclaimant and Third Party Plaintiff Fleet Capital Corporation ("FCC")

and against Plaintiff and Counterclaim Defendant Farash & Robbins Inc.'s ("F&R") dismissing with prejudice all of F&R's claims against FCC; and it is further

**ORDERED, ADJUDGED AND DECREED** that final judgment is hereby entered in favor of FCC and against F&R for breach of contract in the amount of $4,493,051.40 (which includes principal under the Loan Agreement between F&R and FCC (the "Loan Agreement"), interest calculated at the default rate pursuant to § 2.6 of the Loan Agreement, and attorneys fees and costs pursuant to § 7.6 of the Loan Agreement); and it is further

**ORDERED, ADJUDGED AND DECREED** that final judgment is hereby entered in favor of FCC and against Third Party Defendant Isidor Farash ("Farash") for breach of contract in the amount of $350,000.00 (which represents principal under the Limited Guarantee between Farash and FCC); and it is further

**ORDERED, ADJUDGED AND DECREED** that final judgment is hereby entered in favor of F&R and Farash and against FCC dismissing with prejudice FCC's other claims against F&R and Farash, including its claims for fraud and conversion.

Hon. DENNIS M. CAVANAUGH
United States District Judge

Dated: July 17, 2007