UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 07-3411

FARASH & ROBBINS, INC.

v.

FLEET BANK, f/k/a SUMMIT BANK; SUMMIT BUSINESS CAPITAL CORP.;
FLEET CAPITAL CORPORATION;

v.

ISIDOR FARASH

Farash & Robbins, Inc.;
Isidor Farash,

Appellants

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 03-cv-361)
District Judge: Honorable Dennis M. Cavanaugh

Submitted Under Third Circuit LAR 34.1(a)
February 6, 2009

Before: McKEE, JORDAN, and LOURIE*, *Circuit Judges*.

*Honorable Alan D. Lourie, Circuit Judge of the United States Court of Appeals for the Federal Circuit, sitting by designation.

JUDGMENT

---

This cause came on to be considered on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit LAR 34.1(a) on February 6, 2009. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered July 17, 2007, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Dated: May 11, 2009